STATE ex rel. JESSE FOOT v. EDWARD G. KRAHMER.[1]

May 4, 1906.

Nos. 14,766—(182).

Appeal by relator from a judgment of the district court for Ramsey county, entered pursuant to the order of Kelly, J., denying a peremptory writ of mandamus and discharging an alternative writ previously issued. Affirmed.

*Durment & Moore*, for appellant.

*Thos. R. Kane* and *O. H. O'Neill*, for respondent.

PER CURIAM.

For the reasons stated in the case of State v. Krahmer, supra, page 531, the judgment appealed from is affirmed.